1 | ROBERT E. KREBS, CA BAR NO. 57526
rkrebs@thelen.com
2 | CHRISTOPHER L. OGDEN, CA BAR NO. 235517
cogden@thelen.com
3 | THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
4 | San Jose, CA 95113-1723
Tel. 408.292.5800
5 | Fax 408.287.8040

6 | *Attorneys for Defendant*
GREAT AMERICAN OPPORTUNITIES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PROMOTOPIA, INC., a California Corporation, | CASE NO. 08–CV–01967 JF (RS) |
| Plaintiff, | STIPULATION UNDER CIV. L.R. 6–1(a) FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT |
| vs. | |
| GREAT AMERICAN OPPORTUNITIES, INC., a Tennessee Corporation, | |
| Defendant. | |

Pursuant to Civil Local Rule 6–1(a), plaintiff Promotopia, Inc. ("Promotopia") and defendant Great American Opportunities, Inc. ("Great American"), by and through their undersigned attorneys, hereby stipulate to a 20-day extension for Great American to file an Answer or otherwise respond to the Complaint.

The Complaint was served on June 27, 2008, making the initial deadline July 17, 2008. The parties agree and stipulate that good cause exists to extend this deadline so that Great American can more fully and completely respond to the allegations set forth in the Complaint. Moreover, the extension of time will not alter the date of any event or deadline already fixed by Court order. Thus, the parties are entitled to extend the date by stipulation without a Court order. *See* Civ. L.R. 6–1(a).

1  Therefore, the parties stipulate that the new deadline for Great American to respond to the
2  Complaint, by filing an Answer or otherwise, will be **August 6, 2008**.  Concurrence in the
3  electronic filing of this Stipulation has been obtained by all the signatories referenced below;
4  however, the parties agree that the filing of this Stipulation does not constitute an appearance by or
5  for Great American in this case.

7       IT IS SO STIPULATED

9                          Respectfully submitted,

11 Dated:  July 16, 2008        By:     _____/s/_____
                                         Robert E. Krebs
12                                       Christopher L. Ogden
                                         THELEN REID BROWN RAYSMAN & STEINER LLP
13                                       Attorneys for Defendant,
                                         GREAT AMERICAN OPPORTUNITIES, INC.

15
16 Dated:  July 16, 2008        By:     _____/s/_____
                                         Kevin R. Martin
                                         Paul Martin
17                                       RANDICK O'DEA & TOOLIATOS, LLP
                                         Attorneys for Plaintiff,
18                                       PROMOTOPIA, INC.