1  ROBERT E. KREBS, CA BAR NO. 57526
   rkrebs@thelen.com
2  CHRISTOPHER L. OGDEN, CA BAR NO. 235517
   cogden@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   225 W. Santa Clara Street, Suite 1200
4  San Jose, California 95113
   Telephone:  408.292.5800
5  Facsimile:  408.287.8040

6  Attorneys for Defendant
   GREAT AMERICAN OPPORTUNITIES, INC.

7

8                       UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
9                              SAN JOSE DIVISION

10 PROMOTOPIA, INC., a California              **Case No.: 08-CV-01967 JF (RS)**
   corporation,
11
                   Plaintiff,
12                                             **STIPULATION UNDER CIV. L.R. 6-1(a)
                                               FOR EXTENSION OF TIME TO FILE
       vs.                                     ANSWER OR OTHERWISE RESPOND
13                                             TO COMPLAINT**
   GREAT AMERICAN OPPORTUNITIES,
14 INC., a Tennessee corporation,

15                 Defendant.

16

17       Pursuant to Civil Local Rule 6-1(a), plaintiff Promotopia, Inc. ("Promotopia") and

18 defendant Great American Opportunities, Inc. ("Great American"), by and through their

19 undersigned attorneys, hereby stipulate to a second 20-day extension for Great American to file an

20 Answer or otherwise respond to the Complaint.

21       The Complaint was served on June 27, 2008, making the initial deadline July 17, 2008.

22 On July 17, 2008, the parties filed a stipulation extending this deadline to August 6, 2008.  Now,

23 the parties agree and stipulate that good cause exists to extend this deadline for an additional 20-

24 day period as the parties are currently working out details of a settlement agreement.  The

25 extension of time will not alter the date of any event or deadline already fixed by Court order.

26 Thus, the parties are entitled to extend the date by stipulation without a Court order.  *See* Civ. L.R.

27 6-1(a).

28

1    Therefore, the parties stipulate that the new deadline for Great American to respond to the
2    Complaint, by filing an Answer or otherwise, will be **August 26, 2008**.  Concurrence in the
3    electronic filing of this Stipulation has been obtained by all the signatories referenced below;
4    however, the parties agree that the filing of this Stipulation does not constitute an appearance by or
5    for Great American in this case.

7    IT IS SO STIPULATED.

9    Respectfully submitted,

12   Dated:  August 6, 2008          By          /s/
                                         Robert E. Krebs
                                         Christopher L. Ogden
13                                       THELEN REID BROWN RAYSMAN & STEINER LLP
                                         Attorneys for Defendant
14                                       GREAT AMERICAN OPPORTUNITIES, INC.

16   Dated:  August 6, 2008          By          /s/
                                         Kevin R. Martin
17                                       Paul Martin
                                         RANDICK O'DEA & TOOLIATOS, LLP
18                                       Attorneys for Plaintiff
                                         PROMOTOPIA, INC.

21   SV #367362 v1