Kevin R. Martin, 176,853
Paul Martin, SBN 154,076
RANDICK O'DEA & TOOLIATOS, LLP
5000 Hopyard Road, Suite 400
Pleasanton, California 94588
Telephone: (925) 460-3700
Facsimile: (925) 460-0969
E-mail addresses: kmartin@randicklaw.com
pmartin@randicklaw.com and
vross@randicklaw.com

Attorneys for Promotopia, Inc.
Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Promotopia, Inc., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Great American Opportunities, Inc., a Tennessee Corporation,<br><br>　　　　　　Defendant. | Case No.: 08-CV-01967 JF (RS)<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 16-2(e)**<br><br>Date:　　　August 22, 2008<br>Time:　　　10:30 a.m.<br>Dept:　　　Courtroom 3, 5th Floor<br>Hon. Judge: The Honorable Jeremy Fogel<br><br>Trial Date:　none |

The Parties to this lawsuit, Promotopia, Inc, (Plaintiff), and Great American Opportunities (Defendant) represent to this court that they are in settlement discussions, and a settlement agreement is being prepared. Subsequent to that agreement being executed, this lawsuit will be dismissed with prejudice. As such, it is requested that the Case Management Conference, presently scheduled for August 22, 2008, at 10:30 a.m. in the above-referenced court, be postponed until Friday, September 5, 2008, at 10:30 a.m., in order to provide adequate time for the settlement agreement to be prepared and executed.

///

Therefore, the parties stipulate that the Initial Case Management Conference be continued to Friday, September 5, 2008, at 10:30 a.m. in Courtroom 3, 5th Floor, of the U.S. District Court, San Jose, California.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

Date: Aug 13, 2008    By: _____
Kevin R. Martin
Paul Martin
RANDICK O'DEA & TOOLIATOS, LLP
Attorneys for Plaintiff
PROMOTOPIA, INC.

Date: August 11, 2008    By: _____
Robert E. Krebs
Christopher L. Ogden
THELEN REID BROWN, et al.
Attorneys for Defendant
GREAT AMERICAN OPPORTUNITIES, INC.

1  PURSUANT TO STIPULATION,

2  IT IS HEREBY ORDERED that the Initial Case Management Conference currently

3  scheduled for August 22, 2008, at 10:30 a.m. be continued to and held on **Friday, September 5,**

4  **2008, at 10:30 a.m.** in Courtroom 3, 5th Floor, of the above-referenced court located at 280

5  South First Street, San Jose, California.

6

7

8  Date: _____, 2008   By: _____

9                                                   Jeremy Fogel
                                                 United States District Court Judge