**Kevin R. Martin, SBN 176,853**
**Paul Martin, SBN SBN 154,076**
**RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
Pleasanton, California 94588
Telephone: (925) 460-3700
Facsimile: (925) 460-0969
E-mail addresses: kmartin@randicklaw.com
pmartin@randicklaw.com and
vross@randicklaw.com

Attorneys for Promotopia, Inc.
Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| Promotopia, Inc., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Great American Opportunities, Inc., a Tennessee Corporation,<br><br>　　　　　Defendant. | Case No.: 08-CV-01967 JF (RS)<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER**<br><br>Hon. Judge:　The Honorable Jeremy Fogel<br><br>Trial Date:　none |

　　　Plaintiff Promotopia, Inc., and defendant Great American Opportunities, Inc. hereby stipulate for dismissal with prejudice of the above-referenced subject lawsuit Case No.: 08-CV-01967 JF (RS) , both sides to bear their own fees and costs.

　　　/ / /

　　　/ / /

　　　/ / /

　　　/ / /

　　　/ / /

　　　/ / /

CASE NO. 08-CV-01967 JF (RS)　　　　　　　　　　-1-
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
180488_2.doc

1     IT IS SO STIPULATED.

2                                         Respectfully submitted,

5 Date:   September 4, 2008          By:   _____/s/_____
                                                  Kevin Martin
                                                  RANDICK O'DEA & TOOLIATOS, LLP
                                                  Attorneys for Plaintiff
                                                  PROMOTOPIA, INC.

9 Date:   September 4, 2008          By:   _____/s/_____
                                                  Robert E. Krebs
                                                  Christopher L. Ogden
                                                  THELEN REID BROWN, et al.
                                                  Attorneys for Defendant
                                                  GREAT AMERICAN OPPORTUNITIES, INC.

PURSUANT TO STIPULATION,

IT IS HEREBY ORDERED .

Date: September __, 2008          By: _____
                                      Jeremy Fogel
                                      UNITED STATES DISTRICT COURT JUDGE

CASE NO. 08-CV-01967 JF (RS)            -3-
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
180488_2.doc