**Kevin R. Martin, SBN 176,853**
**Paul Martin, SBN SBN 154,076**
**RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
Pleasanton, California 94588
Telephone: (925) 460-3700
Facsimile: (925) 460-0969
E-mail addresses: kmartin@randicklaw.com
pmartin@randicklaw.com and
vross@randicklaw.com

**\*\*E-Filed 9/4/08\*\***

Attorneys for Promotopia, Inc.
Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| Promotopia, Inc., a California Corporation, | Case No.: 08-CV-01967 JF (RS) |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |
| vs. | Hon. Judge:   The Honorable Jeremy Fogel |
| Great American Opportunities, Inc., a Tennessee Corporation, | Trial Date:   none |
| Defendant. | |

　　　Plaintiff Promotopia, Inc., and defendant Great American Opportunities, Inc. hereby stipulate for dismissal with prejudice of the above-referenced subject lawsuit Case No.: 08-CV-01967 JF (RS) , both sides to bear their own fees and costs.

　　　/ / /

　　　/ / /

　　　/ / /

　　　/ / /

　　　/ / /

　　　/ / /

1

IT IS SO STIPULATED.

2

Respectfully submitted,

3

4

5   Date:    September 4, 2008              By:    _____/s/_____

6                                                  Kevin Martin
                                                   RANDICK O'DEA & TOOLIATOS, LLP
                                                   Attorneys for Plaintiff
7                                                  PROMOTOPIA, INC.

8

9   Date:   September 4, 2008              By:    _____/s/_____    _____

10                                                 Robert E. Krebs
                                                   Christopher L. Ogden
11                                                 THELEN REID BROWN, et al.
                                                   Attorneys for Defendant
12                                                 GREAT AMERICAN OPPORTUNITIES, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

PURSUANT TO STIPULATION,

2

IT IS HEREBY ORDERED .

3

4

5   Date:   September 4 , 2008          By: _____

6                                       Jeremy Fogel
                                        UNITED STATES DISTRICT COURT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28